UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Vincenzo Badalamenti,

    Plaintiff,

v.                                            Case No.  13-14108

Commissioner of Social Security,        Honorable Sean F. Cox

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff brought this action challenging the Commissioner's decision denying Plaintiff's claim for Disability Insurance Benefits.   Thereafter, the matter was referred to Magistrate Judge Patricia T. Morris for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).

The parties filed cross-motions for summary judgment.  In a Report and Recommendation ("R&R") issued on February 9, 2015, Magistrate Judge Morris recommends that: 1) Plaintiff's Motion for Summary Judgment be DENIED; and 2) that the Commissioner's Motion for Summary Judgment be GRANTED.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

1

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.  The Court hereby ADOPTS the February 9, 2015 R&R.

IT IS ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that the Commissioner's Motion for Summary Judgment is GRANTED and that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  February 27, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 27, 2015, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager